USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/15/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

v.

Paul Dean,

                    Defendants.

**ORDER**

17-cr-398-1 (ER)

---

Ramos, D.J.:

    For the reasons stated on the record at the pretrial conference held on November 14, 2017, the Court modifies Defendant's conditions of bail as follows: Travel is limited to SDNY, EDNY, NDNY, DNJ, EDPA, MDPA and WDPA.

    It is so ORDERED.

Dated:  November 14, 2017
         New York, New York

                                                Edgardo Ramos, U.S.D.J.