I3EQDEAc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA

            v.                          17 CR 398 (ER)
                                        Conference
PAUL DEAN, ROBERT ESPINEL,
GAETANO VELASTRO

              Defendants
------------------------------x
                                        New York, N.Y.
                                        March 14, 2018
                                        11:00 a.m.

Before:

                    HON. EDGARDO RAMOS
                                District Judge


                        APPEARANCES

GEOFFREY S. BERMAN
    Interim United States Attorney for the
    Southern District of New York
KIMBERLY RAVENER
    Assistant United States Attorney

LAW OFFICE O ABE GEORGE PC
    Attorney for Defendant Dean
ABRAHAM GEORGE

THE PASCARELLA LAW FIRM
    Attorney for Defendant Espinal
JAME A. PASCARELLA

THE LAW OFFICE OF JOSEPH DiBENEDETTO PC
    Attorney for Defendant Velastro
ALLEN C. FRANKEL, Of Counsel
```

1              (Case called)
2              DEPUTY CLERK:  Counsel, please state your name for the
3    record.
4              MS. RAVENER:  Good morning, your Honor.
5              Kimberly Ravener for the government.
6              THE COURT:  Good morning.
7              MR. FRANKEL:  Good morning, your Honor.
8              Allen Frankel standing in for Joseph DiBenedetto with
9    my client to the left.
10             MR. PASCARELLA:  James A. Pascarella for Mr. Espinel.
11             Good morning, your Honor.
12             THE COURT:  Good morning.
13             MR. GEORGE:   Abe George for Mr. Paul Dean.
14             Good morning, your Honor.
15             THE COURT:  And good morning to you all.
16             This matter is on for pretrial conference.
17             Ms. Ravener, why don't you bring me up to date.
18             MS. RAVENER:  Your Honor, all discovery in this matter
19   has been produced, including just one additional batch of
20   supplemental discovery since we last saw you, and the parties
21   have been engaged in extensive discussions regarding the
22   potential for a pretrial disposition.  Those discussions are
23   active and ongoing.
24             THE COURT:  So how do you want to proceed?
25             MS. RAVENER:  I understand the defense may have an

I3EQDEAc

1  application regarding additional time that they believe may be
2  appropriate to continue those discussions, and the government
3  agrees.
4          THE COURT:  Who wants to make an application?
5          MR. PASCARELLA:  Judge, I would make an application to
6  adjourn the matter for that purpose.
7          I also have a separate application if the Court is
8  willing to entertain it.
9          THE COURT:  Why don't you tell me about timing.  How
10 much additional time do you want before we come back?
11         MR. PASCARELLA:  Judge, can we have two months.
12         THE COURT:  Ms. Ravener?
13         MS. RAVENER:  The government has no objection to that.
14         THE COURT:  We will give you approximately two months.
15 You've gotten all the discovery, correct?
16         MR. PASCARELLA:  Yes, I received the last piece of it
17 this morning.
18         THE COURT:  Very well.
19         Ms. Rivera.
20         THE DEPUTY CLERK:  May 31 at 10:00 a.m.
21         MS. RAVENER:  That's fine for the government.
22         MR. PASCARELLA:  Judge, can we pick a different day?
23 That day I think my client has a family engagement.
24         THE COURT:  OK.
25         THE DEPUTY CLERK:  June 1.

1    MR. PASCARELLA:  That works.  That's fine.
2    THE DEPUTY CLERK:  June 1 at 10:00 a.m.
3    MR. PASCARELLA:  Thank you, your Honor.
4    I have a further application with respect to the
5    travel restrictions.  My client for his daughter's Sweet 16
6    wanted to travel to Colorado to take her to a concert that she
7    has been wanting to go to.  He is in the process of looking
8    into it, and he has dates of August 15 through August 25, and I
9    wanted to make an application to the Court to see if I can get
10   those dates.
11   THE COURT:  What are his current restrictions?
12   MR. PASCARELLA:  His current restrictions are Southern
13   District of New York, Eastern District, and then it was
14   extended to Pennsylvania on the last date so he could go to
15   Pennsylvania.
16   THE COURT:  Ms. Ravener.
17   MS. RAVENER:  We have no objection to a limited
18   extension for that purpose.
19   THE COURT:  So he can travel to Colorado, is it?
20   MR. PASCARELLA:  Yes, your Honor.
21   THE COURT:  Between August 15 and 25.
22   MR. PASCARELLA:  Yes.
23   THE COURT:  That application is granted.
24   MR. PASCARELLA:  Thank you.
25   THE COURT:  Is there anything else that we need to do?

I3EQDEAc

1          MS. RAVENER:  The government would just ask that time
2    be excluded until the next pretrial conference of June 1 in
3    order to allow the parties to continue to discuss the potential
4    for pretrial disposition in this matter.
5          THE COURT:  Any objection?
6          MR. FRANKEL:  No objection.
7          MR. PASCARELLA:  No, your Honor.
8          MR. GEORGE:  No, your Honor.
9          THE COURT:  I will exclude the time between now and
10   June 1.  I find that the interests of the defendants and having
11   their attorneys continue the discussions with the government
12   concerning a pretrial disposition outweigh the interest of the
13   public in a speedy and public trial.  So that time will be
14   excluded.
15         Mr. Pascarella, can I bother you to submit a letter
16   request concerning that extension of the travel restrictions?
17         MR. PASCARELLA:  Not a problem, your Honor.  Will do.
18         THE COURT:  Very well.
19         Unless there's anything else?
20         MS. RAVENER:  Nothing further, your Honor.
21         THE COURT:  Anything from the back?
22         MR. FRANKEL:  Nothing further.
23         THE COURT:  We're adjourned.
24         (Adjourned)
25