# LAW OFFICES OF ABE GEORGE, P.C.

44 Wall Street, 2nd Floor
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

January 4, 2019

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge, S.D.N.Y.
40 Foley Square
New York, New York 10007

Re: U.S. v. Paul Dean, et. al., 1:17-cr-00398-ER,
Adjournment of Sentencing for Paul Dean

Dear Judge Ramos:

I represent Paul Dean in the above captioned matter. As the Court is aware, Mr. Dean has previously pleaded guilty and was scheduled to be sentenced on January 17, 2018.

I write to ask the Court's indulgence, to grant the defense one final adjournment for sentencing. The Court had previously granted my last request because I was awaiting supporting documentation and letters in support for my client. I finally have received all the necessary documents but require more time to finish the Defense's sentencing memorandum.

AUSA Kimberly Ravener has been informed of the instant application and has consented to an adjournment no longer than two weeks.

Respectfully Submitted,

Law Offices of Abe George, P.C.

___/s/ Abe George_____
By: Abe George
44 Wall Street, 2nd Floor
New York, NY 10005
(P) 212-498-9803
(F) 646-558-7533
E-mail: abe@abegeorge.lawyer

cc: All Parties by ECF