January 5, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Paul Dean

Dear Judge Ramos,

It is with a great sense of humility and embarrassment that I write this letter to you. This letter and my words cannot convey too you the amount of remorsefulness and regret I have for my actions. In twenty-two years of service in the New York City Police Department, I took great pride in my service. Having been convicted of a felony in connection with my service I destroyed my reputation and tarnished the reputation of the New York City Police Department. An extreme lack of judgment and moral weakness has led me to this point in my life, which is why I took responsibility for my actions and pled guilty before you.

I come from a family of civil servants. My parents were both social workers for the City of New York and I grew up observing their devotion to being civil servants. It was at an early age I wanted to become a police officer and follow in my parent's footsteps working for and serving the citizens of New York City. To me, being a police officer and serving the citizens of New York City was the greatest job in the world.

I am a father to three children, Katherine 21, Kristina 17, and Christian 5. I cannot express to you the detrimental affects this case and my felony conviction has had on all of us. Though my two older children do not reside with me, on a daily basis I am deeply involved in their lives. In raising my daughters, I take great pride and responsibility in guiding my two older children through adolescence into adulthood, to ensure they have a positive contribution to society. Both my daughters have lost so much because of the sacrifices I have made during my career with the NYPD (me not being home), and now they suffer more because of my actions.

I decided to do things different for my 5 year old son Christian who resides with me full time. I am his primary caregiver. Being a father who has a positive influence on him and is involved in raising him fulltime is one of the most important responsibilities I have ever had. It is with a heavy heart that my actions have jeopardized all three of my children's wellbeing. Apologizing to them and my other family members cannot remove the pain I caused them.

I would also like to apologize to the men and women of the New York City Police Department. My actions have done nothing but damage the hard work these police officers do every day. I failed at holding myself to the higher standard all police officers should be held to. I cannot express how sorry I am to these men and women. The negative media attention this case

has garnered is not a true testament to the excellent work they do for New York City.

There are no excuses for my actions. Only I alone can take responsibility and be held accountable for them. It comes down to I should have known better. In being exposed daily to a morass of police officials, politicians, celebrities, and wealthy individuals who acted corruptly, my individual "moral compass" went off. Experiencing this greatly affected my ability to perceive between right and wrong. I worked in an environment where high ranking members of the NYPD engaged in, supported, and encouraged this type of behavior. And at the time I did not recognize the immorality of my own personal conduct. It is why since the onset of this investigation, my subsequent arrest, and court process I have been totally cooperative with the United States Attorney's Office. Also, months before any of these crimes garnered media attention or came known to the public, I attempted and eventually notified the NYPD of the serious corruption within the New York City Police Department's License Division. Having full knowledge my prior actions would also come to light in doing so, I believed that regardless of the outcome this needed to be done. My efforts to break the legendary "Blue Wall of Silence" was met with resistance and rebuffed. This in no way marginalizes what I did, but hopefully it demonstrates after removing myself from such a toxic environment I was finally able to distinguish between right and wrong.

The past twenty months have been nothing short of a living nightmare. I have destroyed everything I worked so hard to accomplish during my career with the NYPD. I take full responsibility for what I have done. In imposing sentence upon me, I ask you take into consideration my unblemished decorated career with the NYPD, the attempt to break the "Blue Wall of Silence", my cooperation with the US Attorney's Office, and my devotion and involvement in raising my three children particularly my youngest son, who I am the full time caregiver for. For the rest of my life I will be stained with this conviction because of the Internet. It will be hard for me to even think of obtaining retirement employment with the stain of this criminal conviction on my record. It is with great humility I ask for leniency in my sentencing, so I can go on raising my three children and be involved in their lives.

Respectfully,

Paul C. Dean