

| Farmingdale2 | 516695 | 516695 | 6 | 1/20/2016 17:36 | 431 | 347386 |