| | | | | | | |
|---|---|---|---|---|---|---|
| 2017-17421 | DI | MICHAEL ENDALL 697401 | | MELD | IAB | 05/23/2017 |

**SPECIFICATIONS/DISPOSITIONS**
1. FAILED TO ENSURE THAT THE LICENSE DIVISION VISITOR LOG WAS MAINTAINED AND INSPECTED PROPERLY. **GUILTY**
2. WAS NOTIFIED BY ANOTHER MEMBER SERVICE OF ALLEGATION OF CRIMINAL MISCONDUCT RELATED TO FIREARMS LICENSES, AND FAILED TO MAKE REQUIRED REPORTS OR NOTIFICATIONS OR CONDUCT AN INVESTIGATION. **GUILTY**
3. FAILED TO ENSURE THAT ALL HANDGUN PURCHASE SLIPS WERE APPROVED PROPERLY BY HIMSELF OR HIS AUTHORIZED DESIGNEE. **GUILTY**
4. FAILED TO ENSURE THAT THE ALPS FIREARMS APPLICATION APPROVAL GUIDELINES WERE FOLLOWED. **GUILTY**

**DATE OF DISPOSITION:** 05/26/2017

**PENALTY:**
File for service retirement with forfeiture of all time/leave balances and forfeiture of forty-five (45) vacation days.

- 5 -                                                             P.O. 211