October 3, 2018

Honorable Edgar Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Ramos

My name is Lauren Oak and I am Paul Dean's younger sister. I have a Master's Degree in School Counseling and I am currently employed as an Editor for a website dedicated to supporting parents of multiples (twins, triplets, etc.).

Growing up Paul wasn't exactly sure what he wanted to be until our mother encouraged him to apply and take the NYPD test. When Paul was accepted into the NYPD he was the happiest I had ever seen him. It was like a missing piece of the puzzle had suddenly been found and it was a perfect fit. Paul truly enjoyed his time in the NYPD. It was definitely the happiest time in his life and it was as though he was born to be a police officer.

My brother and I have endured losing both of our parents after long suffering illnesses for both. Our mother passed away in 2005 after battling Esophageal Cancer. Our father passed away after suffering with Vascular Dementia for over 6 years. Both deaths took a toll on us, but I found comfort in knowing I had Paul there. Paul is my only sibling and I feel as though he is the only one I can look to in certain situations.

Paul has 3 children of his own, 2 daughters and 1 son. His teenage daughters, Katherine and Kristina, live in Utah with his ex-wife. When he sees his girls, I have witnessed him to be so very generous and loving towards them. They enjoy spending time together during the holidays and summers and the girls truly seem to look up to Paul.

My brother's son, Christian, is 5 years old. Paul is the primary child care provider for Christian, as his mother is unable to care for him due to her work schedule. Paul is the one who gets him to school, does his homework with him and makes sure he is taken care of during the school week. My nephew is so very attached to my brother and it would be extremely detrimental, in my opinion, if he were to be separated from his father for a long period of time. My brother is Christian's whole world. I can't imagine how he would handle losing daily contact with Paul.

I am asking for leniency when sentencing Paul, not just for myself, but for his children and our entire family.

Your kind consideration in this matter is greatly appreciated.

Sincerely,

Lauren Oak