Barbara Blake-Galeazzi

October 20, 2018

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York City, NY 10007

Honorable Judge Ramos,

I am told that you will be deciding what sentence Paul Christian Dean will be receiving. I would like to take this opportunity to ask you to show him mercy.

Paul (Christian to his family) is my nephew. His late father was my oldest brother. We are and have always been a very close-knit family. Christian was our family's first-born grandchild and has guided and loved all those that followed him. I have watched him grow from a loving son, grandson, brother and cousin to a loving father. Whenever there is a family crisis of any kind, Christian is there to help and support us all.

Your Honor, by showing Christian mercy you will be doing the same for our entire family, especially his children. Most importantly Christian is the main caregiver to his five-year-old son. Watching them together is a joyful experience. The love they have for each other is infectious. The thoughts of having my great-nephew lose daily interaction with his father during this tender period of his life is heartbreaking to me. This, above all is the reason I implore you consider my request.

Respectfully,

Barbara Blake-Galeazzi