October 2, 2018

Honorable Edgar Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Ramos

My name is Daniel Oak and I am a driver for UPS. I have known Paul Dean since 2001, when I began dating his sister, Lauren and we eventually married in 2003.

As long as I've known Paul he has always been proud that he was part of the NYPD. I feel that it was Paul's calling, rather than just a job for him. He beamed with pride when speaking of his work.

We've enjoyed holidays, barbeques and ball games together. Our children are extremely close, and he is a doting uncle to my 4 daughters. I fear that his children will be negatively affected if he were to be incarcerated.

Paul's teenage daughters may live in Utah, but they visit frequently and are very close with him. Their relationship is one of love and the girls look up to him.

Paul is the primary child care provider for his son, Christian, who is 5 years old. Christian is completely attached to Paul. I have witnessed Paul and Christian's relationship and it is one of an unbreakable bond. I feel Christian would be devastated if he were to be separated from him.

I am asking for leniency when sentencing Paul, not just for him, but for his children and our entire family. Your kind consideration in this matter is greatly appreciated.


Sincerely,

Daniel Oak