# Christopher Blake

███████████████████████████████

**October 1, 2018**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007

**Dear Judge Ramos:**

My Name Is Christopher Blake and I work for UPS as a Data specialist. I am Paul Dean's Uncle and godfather. I've had the unique opportunity to closely observe Paul through the various stages of his life. As a young man Paul's concern for others was noteworthy for someone so young and has continued through adulthood. Paul is always there for his family and friends whenever someone is in need.

Like all families we have had our tragedies and Paul has been a stabilizing factor in our family through these times. Through the passing of my brother and sister-in-law, Paul was there to take charge and guide our family. I could list many other instances of his kindness and support for his family and friends but I understand I should keep this brief.

Paul's family is very important to him. You only have to see him with any of his three children to see how important his family is to him and he is to them. He has nurtured their interests and has passed on some of his own on to them: Love of animals, a membership in the Bronx Zoo and a house full of pets. Whether teaching the fundamentals of a game, helping with school work or watching an event on TV, these activities have become ways to bring him closer to his children. Paul has a way of making these events teachable moments that strengthen the bond he has with his children.

Paul spends a large amount of time with and has a strong bond with his youngest son Christian and any separation could only have a damaging effect on him. We hope that you will take this and the effect this will have on the rest of our family into consideration when applying your sentence.

I know you will receive many letters attesting to Paul's character; he is an honest, caring person. He is a very unique individual and I am and have always been proud that he is my nephew and friend. I ask that you show leniency for the sake of his wife, children and our family.

Your kind consideration in this matter is greatly appreciated.

**Respectfully submitted,**

Christopher Blake