January 16, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, 10007

Dear Honorable Ramos,

My name is KD. I am seventeen-years-old and currently a high school student in Taylorsville, Utah. My father is Paul Dean.

Throughout my life my father has been a constant rock of support to myself and my siblings. I can't think of a moment when I needed someone and he wasn't there the moment I called. He has always been my biggest cheerleader and guided me towards the right decisions in life. My dad didn't do this just for me but for everyone I've seen him interact with. Anytime something was wrong emotionally, physically, or otherwise, he would always be there to lend a helping hand.

Work in the police force was something he prided himself over. I grew up with stories of his time working as a detective, like the time he caught a bank robber. It still is one of my favorite stories to hear. Having a servant's heart and being dedicated to the police force is an understatement for my father. One has to understand that the distance between my father and I being across the country from each other made it so that the time we spent together was even more precious. Even so, there is a memory where we were in the airport, it was thirty minutes before we had to board and he still took work calls to fix a mistake that had happened there.

My father may not be a perfect man, but he has always put the lives of others before his. He is the type of man to run towards the danger to help while everyone else was running away. He has been an example to myself, my older sister, and younger brother, on how a member of society should act. Help others and always be open to others and their needs.

The felony conviction has rocked my entire family's lives. Moments my dad and I had planned have been altered forever. He and I had made an agreement since the moment I had moved Utah, that while he may not be able to come see me figure skate or see my dance recitals, he would be able to see me graduate. That was what made him having to miss all those other moments worth it. Now that isn't even guaranteed.

These past few years had been some of the hardest for me, my family, and my father, yet even to this day my dad makes sure we are all calm as we possibly could be. He makes it his goal to

make sure that none of us worry and try to keep our day-to-day normal as could be. Even as it has changed so much.

I am asking for leniency on my dad's sentencing on behalf of myself and my siblings. My brother is only five and I want him to have the same fond memories I have been privileged to have make with him over the years. For me, because it is such a huge time in my life and all I want is my dad who has always been there for me to be there with me again. Physically this time. Graduation and looking at college campuses with me, as well as my first while into adulthood. For my sister through her own college journey and personal struggles. My father has spent my entire life giving his own life to the police force, never complaining, always waking up with a smile on his face to continue on doing what he did.

Thank you for reading my letter and taking my words into consideration in the sentencing.

With respect,



KD