January 16, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York 10007


Honorable Edgar Ramos,

My name is Katherine Dean. I am a twenty-one-year-old college student in Salt Lake City, Utah. My father is Paul Dean.

I am sure that you have heard many people describing my father to be dedicated, hardworking, supportive, and generous. While all these things are true, I hope to highlight his importance as a father. Since I was young my father has had a devoted himself to the state and people of New York. My dad took pride in his job as a officer to serve and protect. For over twenty years I have seen my dad put his life and safety aside to do his job as a proud police officer. My dad has always strived to live up the morals and conducts of being one of New York's Finest. Outside of being a police officer, my father has been a pillar support for me, my younger sister, and my younger brother.

The past few years have had a strain on our family, but my dad has done everything in his power to make the three of us feel comfortable and keep our lives as normal as he possibly could. Throughout the years Dad has been a motivator to myself to pursue furthering my education, helped me develop independence and confidence, and offered words of comfort and perception that only a father knows how to provide. Most valuable, he has created a strong bond of unconditional love and support with me as I venture into adulthood. Just recently I was in a panic because I was struggling with my car's tires. With hot tears of frustration welling in my eyes I called my dad, and he picked up immediately; calmly walking me through what I needed to do and quickly evening my temper. This seems like a doltish example, but the little things my dad does to help are what make me realize that I would be lost and struggling without him. I can genuinely say that he is the sole person in my life who is there to immediately offer his help and push everything else aside at any time.

Our family life has been rocked severely by this felony conviction, and my father wants nothing more than to ensure that my brother, my sister, and I are taken care of. I am requesting leniency on my father's sentencing for my behalf. I have seen my father devote his entire life to the NYPD. The amount of care, dedication, and honesty my dad has put into being a police officer is unmeasurable. Leniency on my father's sentence would be the removal of a crushing weight on not only my shoulders, but it would remove the debilitating strain that has been put over my family with this felony conviction and give us a start in finding our new normal.
Thank you for taking the time out of your day to read my laments and request.

With respect,

Katherine Dean