Angelo Galeazzi
471 Gorham Avenue
Woodbridge, NJ 07095

October 10, 2018

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York City, NY 10007

Honorable Judge Ramos,

My name is Angelo Galeazzi and I am a retired archivist and teacher. I first met Paul Christian Dean when he was just a boy, the nephew of a friend of mine. It was my very good fortune when I married that friend, my wife Barbara, for him to become my nephew, too. Paul has been an important part of our extended family for decades. Through 36 years of marriage we have shared with Paul anniversaries, baptisms, weddings, birthdays, and many Thanksgiving dinners. I know him well as a kind and thoughtful father, and I love him dearly.

I recall attending Paul's graduation from the police academy. The ceremony was held at Madison Square Garden and Paul's now departed parents were in attendance. It was one of the proudest days of our lives. It was not surprising to any of us that Paul decided upon a life of service as both his parents served New York City as social workers for their entire careers. Like his parents I have only and always known Paul to be selfless and kind. He is one who always makes himself available to help when any trouble or misfortune befall any of those close to him.

I hope this short letter impresses upon your Honor the strong family ties Paul has. Whatever missteps have led him to your courtroom I am certain that if one were to consider the entirety of his life, one could more than reasonably assert that he is someone deserving of mercy. It is that which I beg of you today for someone I have always known to be a very good man.

Sincerely,

*[signature]*

Angelo Galeazzi