October 13, 2018

Honorable Edgardo Ramos
United States District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Ramos:

My name is Meghan Galeazzi. I'm a Finance Officer at a not-for-profit. Paul Dean is my older cousin and I have known him my entire life. He lived with us for a few months and I remember those times fondly. I remember him graduating him from the Police Academy and the whole family was so proud. He has always been there for our family through good times and bad.

Paul is a loving father of three children. His two older daughters have grown into intelligent, kind and respected women. He is also raising a young son who looks up to him as a hero. Paul cares deeply about his children and they are his top priority.

I ask you show him leniency so he can continue being a loyal husband and father. He is an integral part of our family and we wouldn't be the same without him.

Sincerely,

Meghan Galeazzi