October 5, 2018

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007

Dear Judge Ramos:

My name is Kevin Galeazzi, I am an illustrator and arts educator, teaching and creating content for several not-for-profits arts institutions in and around New York City. Paul Dean is my first cousin and having known him all my life I can attest to his character and his decency.

Always the first to arrive at large family holidays, often lending a hand to my mother, his aunt, with tasks both large and small, Paul, who we in the family call Christian, has always been a warm and positive presence in our family's life. Convivial, big hearted, a great story-teller, he's someone I've always been proud to call my cousin. Paul Dean is a generous, giving man to his children, his family, for 20 years to the New York City Police Department, and to his community. I ask that you show him leniency in your decision. Thank you for your consideration in this matter.

Respectfully submitted,

Kevin Galeazzi