# NEW YORK CITY POLICE DEPARTMENT
## PERSONNEL PROFILE REPORT

PAGE: 1
DATE:
TIME:

TAX NUMBER :

NAME: DEAN, PAUL

| | | | |
|---|---|---|---|
| **MOS NAME :** | DEAN,PAUL,C | **SOC SEC:** | ***-**-9750 |
| **RANK/TITLE:** | LIEUTENANT | **SHIELD:** | 00000 |
| **COMMAND:** | 357 LICENSE DIVISION | **FIREARMS:** | YES |
| **LOCATOR:** | | **DUTY FUNCTION:** | INTEGRITY CONTROL OFFICER |
| **PERM.CMD:** | 000 | | |
| **APPT DATE:** | 2/28/1994 | **CS PROM DATE:** | 09/29/2006 |
| **ASSIGN DATE:** | 9/15/2008 | **DISC PROM DATE:** | 00/00/0000 |
| | | **RETRO CS R/T:** | 00/00/0000 |
| **BIRTH DATE:** | 10/29/1972 | **SEX:** | M |
| **RELIGION:** | CATHOLIC | **RACE:** | WHITE |
| **COUNTRY:** | UNKNOWN | **ON SICK REPT:** | NOT SICK |
| **MEDICAL AVAIL:** | FULL DUTY | **CHRONIC:** | NOT CHRONIC |
| **DUTY STATUS:** | RETIRED | **DEPT VEH ACC:** | 0 |
| **STATUS DATE:** | 1/16/2016 | **DVA AT FAULT:** | |
| **HOME ADDR:** | | **RES PCT:** | 208 NASSA 8TH |
| | | **HOME PHONE:** | () - |
| **E-MAIL:** | | **CELL PHONE:** | |

### *** COMMAND ROSTER - DATA ENTERED BY COMMANDS CONCERNED ***

| TITLE | CATEGORY | POSITION | OTHER CMD | START TOUR | END TOUR | RDO |
|---|---|---|---|---|---|---|

**NEW YORK CITY POLICE DEPARTMENT**
**PERSONNEL PROFILE REPORT**

PAGE:
DATE:
TIME:

TAX NUMBER :

NAME:   DEAN, PAUL

### *** SKILLS SUMMARY ***

| CODE | SKILL |
|------|-------|
| 1282 | ANIMAL TRAINING |

**TOTAL SKILL :**   1

### **** ARREST ACTIVITY SUMMARY ****

**ARREST INFORMATION FROM 1982:**

| ARRESTS: | FELONIES: | VIOLATIONS: | MISDEMEANORS: | INFRACTIONS: | RESIST: | OTHER: |
|----------|-----------|-------------|---------------|--------------|---------|--------|
| 166 | 63 | 8 | 93 | 2 | 0 | 0 |

### *** MONITORING SUMMARY ***

**FORCE/DISCIPLINARY MONITORING:**

| TYPE | START DATE | END DATE | REASON |
|------|------------|----------|--------|

**TAX NUMBER 906073 DOES NOT HAVE MONITORING RECORDS**

IF THERE ARE ANY QUESTIONS, CONTACT THE PERFORMANCE ANALYSIS SECTION 212-720- DURING REGULAR BUSINESS HOURS

### *** DEPARTMENT RECOGNITION SUMMARY ***

**MEDALS AWARDED:**

| | | | |
|---|---|---|---|
| **EXCELLENT POLICE DUTY:** | 7 | **COMMENDATION - INTEGRITY:** | 0 |
| **MERITORIOUS POLICE DUTY:** | 0 | **MERITORIOUS POLICE DUTY - INTEGRITY:** | 0 |
| **COMMENDATION:** | 0 | **COMMENDATION - COMMUNITY SERVICE:** | 0 |
| **EXCEPTIONAL MERIT:** | 0 | **CIVILIAN COMMENDATION:** | 0 |
| **HONORABLE MENTION:** | 0 | **POLICE COMMISSIONER'S AWARD** | 0 |
| **MEDAL FOR MERIT/VALOR:** | 0 | **PURPLE SHIELD AWARD** | 0 |
| **COMBAT CROSS:** | 0 | **MERITORIOUS SERVICE AWARD** | 0 |
| **MEDAL OF HONOR:** | 0 | **MERITORIOUS SERVICE AWARD - INTEGRITY:** | 0 |
| **PURPLE SHIELD MEDAL:** | 0 | **OUTSTANDING SERVICE AWARD:** | 0 |
| **DISTINGUISHED SERVICE MEDAL:** | 0 | **DISTINGUISHED SERVICE AWARD:** | 0 |

### *** MILITARY INFORMATION SUMMARY ***

**MAINFRAME VERIFIED INFORMATION:**

| | |
|---|---|
| **STATUS:** | NOT IN RESERVE |
| **BRANCH:** | NO MILITARY BRANCH |
| **RANK:** | NO MILITARY RANK |
| **EXCUSAL:** | NO EXCUSAL |
| **CONTRACT END DATE:** | 01/01/0001 |
| **MILITARY END DATE:** | 01/01/0001 |