

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/24/2019__

January 23, 2019

By ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The application is granted. The Clerk of the Court is respectfully directed to terminate the motions, docs. 64 and 65.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  __1/24/2019__
> New York, New York

Re:   United States v. Paul Dean,
      17 Cr. 398 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request a modest extension of time for its sentencing submission with respect to defendant Paul Dean, due to the filing of Dean's sentencing submission today, January 23, 2019. Pursuant to the Court's Individual Rules, the Government's sentencing submission would be due tomorrow, that is, one week in advance of the scheduled January 31, 2019 sentencing date. In light of the timing of Dean's filing, however, the Government respectfully requests an extension until Monday, January 28, 2019 in order to permit the Government adequate time to respond to Dean's submission.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

      By: s/ Kimberly J. Ravener
          Kimberly J. Ravener
          Assistant United States Attorney
          (212) 637-2358

cc:   Abe George
      Defense Counsel