# LAW OFFICES OF ABE GEORGE, P.C.

44 Wall Street, 2nd Floor
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

March 1, 2019

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge, S.D.N.Y.
40 Foley Square
New York, New York 10007

      Re:    U.S. v. Paul Dean, et. al., 1:17-cr-00398-ER

Dear Judge Ramos:

I represent Paul Dean in the above-captioned matter. As the Court is aware, Mr. Dean has previously pleaded guilty and was sentenced on January 31, 2019 to a prison term of 18 months incarceration. The Court allowed Mr. Dean to remain at liberty until March 28, 2019.

My client respectfully requests the Court to upload a sentencing order, at the Court's convenience, so Mr. Dean may have some input as to where he will ultimately be incarcerated.

      Respectfully Submitted,

      Law Offices of Abe George, P.C.

      ___/s/ Abe George_____
      By: Abe George
      44 Wall Street, 2nd Floor
      New York, NY 10005
      (P) 212-498-9803
      (F) 646-558-7533
      E-mail: abe@abegeorge.lawyer

cc: All Parties by ECF