```
  CAAHP  540*23 *           SENTENCE MONITORING         *    02-22-2020
  PAGE 001       *            COMPUTATION DATA          *    10:30:54
                              AS OF 02-22-2020

REGNO..: 79032-054 NAME: DEAN, PAUL


FBI NO............: DL21LJ069           DATE OF BIRTH: 10-29-1972  AGE:  47
ARS1..............: CAA/A-DES
UNIT..............: G UNIT              QUARTERS.....: G01-048U
DETAINERS.........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-13-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-06-2020 VIA GCT REL


                    RELEASE AUDIT COMPLETED ON 06-19-2019 BY DSCC
-------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION.............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER.....................: 1:17-CR-398-1 (ER)
JUDGE.............................: RAMOS
DATE SENTENCED/PROBATION IMPOSED: 01-31-2019
DATE COMMITTED....................: 03-27-2019
HOW COMMITTED.....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED.................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $7,500.00    $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO     AMOUNT: $00.00

---------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE.....: 153     18:286,371 FRAUD, OTHER
OFF/CHG: 18:371 CONSPIRACY TO COMMIT BRIBERY

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
  TERM OF SUPERVISION.............:    2 YEARS
  DATE OF OFFENSE.................: 04-25-2017




G0002       MORE PAGES TO FOLLOW . . .
```

```
  CAAHP  540*23  *         SENTENCE MONITORING         *    02-22-2020
  PAGE 002 OF 002 *          COMPUTATION DATA          *     10:30:54
                              AS OF 02-22-2020

REGNO..: 79032-054 NAME: DEAN, PAUL


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-23-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-23-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-27-2019
TOTAL TERM IN EFFECT............:    18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 04-25-2017

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                   04-25-2017     04-25-2017

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 81
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-06-2020
EXPIRATION FULL TERM DATE.......: 09-25-2020
TIME SERVED.....................:    10 MONTHS     28 DAYS
PERCENTAGE OF FULL TERM SERVED..:  60.7

PROJECTED SATISFACTION DATE.....: 07-06-2020
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........: VSD 03-27-19; 04-12-19 INITIAL COMP D/CMT
                 9-23-19 GCT UPDATED PURSUANT TO FSA D/MPA.
                 10-23-19 UPDT OFFENSE CODE D/CT2




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```