# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
## AWARDED TO:

**DEAN**
**79032-054**

CROCHET CLASS

MAY 2019

RECREATION DEPARTMENT

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## DEAN
## 79032-054

### BEGINNER GUITAR CLASS

MAY 2019

RECREATION DEPARTMENT

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
## AWARDED TO:

### DEAN
### 79032-054

NUTRITION CLASS

MAY 2019

RECREATION DEPARTMENT

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## DEAN
## 79032-054

### PAINTING I CLASS

MAY 2019

_____
RECREATION DEPARTMENT

# Certificate of Completion

This certifies that:

**Paul Dean**

Has Successfully Completed the Non-Residential Drug Abuse Program at the **United States Penitentiary, Canaan, PA**



Smedley, R. Drug Treatment Specialist        November 25, 2019

# USP CANAAN
## EDUCATION DEPARTMENT

THIS CERTIFIES THAT

# Paul Dean

successfully completed the following class

# Parenting I

May, 2019

*J. Kalix*, Supervisor of Education

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## DEAN
## 79032-054

### CALLIGRAPHY CLASS

MAY 2019

RECREATION DEPARTMENT

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
# AWARDED TO:

## DEAN
## 79032-054

*DRAWING I CLASS*

MAY 2019

RECREATION DEPARTMENT

# F.P.C. CANAAN
# CERTIFICATE OF ACHIEVEMENT
## AWARDED TO:

### DEAN
### 79032-054

*YOGA I CLASS*

MAY 2019

RECREATION DEPARTMENT

# F.P.C. Canaan

*This is to certify that*

## P. DEAN

### HAS SUCCESSFULLY COMPLETED

### THE HORTICULTURE VT CLASS

### This 14th day of June 2019




T. Clapper, *Instructor*