# LAW OFFICES OF ABE GEORGE, P.C.

40 Wall Street, 60th Floor
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

April 1, 2020

**Via E-mail & Fax:** CAA/ExecAssistant@bop.gov
USP Canaan
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472
Phone: 570-488-8000
Fax:     570-488-8130

RE:   Early Release for Paul Dean, Register Number: 79032-054

To Superintendent of USP Canaan:

I am the attorney for Canaan inmate Paul Dean. Given the COVID-19 crisis and the potential for Paul to be infected, we are asking for the BOP to consider releasing Paul early to home confinement.

As you are aware Mr. Dean is in the midst of serving an 18-month sentence and his release date is listed as July 6, 2020. Mr. Dean was eligible for release to a halfway house over a month ago but due to his prior position of serving as a NYPD officer BOP did not find him eligible for discharge. Mr. Dean is eligible for home confinement and should be released by May 13, 2020.

Given that Mr. Dean is less than a month away, we are asking that you consider releasing Mr. Dean early to home confinement. Mr. Dean was a public servant for the NYPD for over 20 years, and has 3 children that he is anxious to get back home to see. He would like to weather the storm of the Corona Virus from the safety of his home rather than prison.

Please feel free to call me if you would like to discuss this matter.

Sincerely,

*A. George*

Abe George, Esq.



**U.S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary Canaan*

Post Office Box 400
Waymart, Pennsylvania 18472
April 2, 2020

Abe George, Esq.
40 Wall Street, 60th Floor
New York, NY 10005

RE: Dean, Paul
    Register No.: 79032-054

Dear Mr. George,

This is in response to your correspondence that was received on March 31, 2020. The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public. USP Canaan is implementing the Bureau of Prisons' guidance on mitigating the spread of COVID-19. That guidance can be found at www.bop.gov. The current plan continues to allow for inmate transfer to pre-release custody. As they near their release, all inmates are reviewed on an individual basis to determine their eligibility for a period of pre-release confinement, including placement on home confinement. Please note with one exception for elderly offenders, home confinement eligibility is limited to 6 months or 10% of an inmate's sentence, whichever is shorter.

We are in receipt of Attorney General Barr's memo regarding Prioritization of Home Confinement as Appropriate in Response to COVID-19 Pandemic, and will be working to ensure we utilize home confinement, consistent with the memo, to protect the health and safety of BOP staff and inmates in our custody.

I trust this information addresses your concerns. If you have any additional questions or require further assistance, please do not hesitate to contact me.

Sincerely,

E. Bradley,
Warden