# LAW OFFICES OF ABE GEORGE, P.C.

40 Wall Street, 60th Floor
New York, NY 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

April 6, 2020

**Via E-mail & Fax:** CAA/ExecAssistant@bop.gov
USP Canaan
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472
Phone: 570-488-8000
Fax:     570-488-8130

RE:     Early Release for Paul Dean, Register Number: 79032-054

Warden E. Bradley:

On or about March 31, 2020 I faxed and e-mailed your office asking for a compassionate release of Paul Dean to home confinement.

On or about April 6, 2020 I was e-mailed a letter from your office dated April 2, 2020 outlining the BOP's protocol on COVID-19 and a repetition of Attorney General's Barr position on home confinement but your letter failed to grant Mr. Dean home confinement at this time.

We hereby appeal your April 2, 2020 decision (see attached) failing to grant Mr. Dean home confinement.

Please let us know what other steps need to be taken to appeal your decision.

Sincerely,

*A. George*
Abe George, Esq.